** E-filed October 31, 2011 **

SCOTT D. BERTZYK (SBN 050289)
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: *BertzykS@gtlaw.com*

Attorneys for Plaintiff, AREAS USA SJC, LLC

DANIEL ROCKEY (SBN 178604)
HOLME ROBERTS & OWEN, LLP
560 Mission Street, 25th Floor
San Francisco, California  94105
Tel: (415) 268-1986; Fax: (415) 268-1999
E-mail: *Daniel.Rockey@hro.com*

Attorneys for Defendants, MISSION SAN JOSE
AIRPORT, LLC, AND MISSION YOGURT,
INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREAS USA SJC, LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>vs.<br><br>MISSION SAN JOSE AIRPORT, LLC, a Colorado limited liability corporation; and MISSION YOGURT, INC., a Colorado corporation,<br><br>         Defendants. | **CASE NO.  C11-04487 HRL**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCLOSURES AND RULE 26(f) REPORTS AND RESETTING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed:  September 9, 2011 |

1

**JOINT STIPULATION AND PROPOSED ORDER RE EXTENSION OF DISCLOSURE
DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE**

WPB 382,662,445 v1 133397.010300

Plaintiff Areas USA SJC, LLC ("Areas USA") and Defendants Mission San Jose Airport, LLC and Mission Yogurt, Inc. (collectively, "Mission"), by and through their counsel of record, hereby stipulate to the following brief extensions of time for initial disclosures, Rule 26(f) reports, joint case management statement, and initial case management conference, and respectfully request that the Court enter the proposed order attached hereto to approve their stipulation.

## STIPULATION

This stipulation is entered into with respect to the following facts:

1.     This action was commenced on September 9, 2011, and assigned to the Hon. Magistrate Judge Howard R. Lloyd.  That same day, an order was entered setting an October 18, 2011, deadline for meeting and conferring re initial disclosures, early settlement, ADR process selection, and discovery plan.  The order also set a November 1, 2011, deadline for filing Rule 26(f) reports, initial disclosures, and the joint case management statement.

2.     Areas USA promptly served both Mission Defendants.  To facilitate settlement talks between principals for the parties, Mission requested an extension of time to answer the complaint to October 26, 2011, which was granted.

3.     The parties have begun the process of meeting and conferring regarding their initial disclosures and other obligations.

4.     Mission's answer will affect the scope of the issues in the action, and hence, the various matters over which the parties must meet and confer.  Additionally, because certain of the documents required for Areas USA to complete its initial disclosures are stored in Spain, Areas USA requires additional time to gather all the relevant documents and communications necessary to satisfy its initial disclosure obligations.

In light of the foregoing, the parties request that the honorable Court enter an order approving their stipulation to the following:

A.     All deadlines previously set for completion by October 18, 2011, and November 1, 2011, be continued to November 18, 2011.

2

**JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE EXTENSION OF DISCLOSURE DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE**

WPB 382,662,445 v1 133397.010300

B.    The initial case management conference be continued from the currently scheduled date of November 8, 2011, to such date after November 18, 2011, consistent with the Court's calendar, as the Court may deem appropriate.

**IT IS SO STIPULATED.**

DATED: October 26, 2011                    GREENBERG TRAURIG, LLP


                                           By:    _//s//: Scott D. Bertzyk_____
                                                  SCOTT D. BERTZYK
                                                  Attorneys for Plaintiff
                                                  AREAS USA SJC, LLC

DATED: October 26, 2011                    HOLME ROBERTS & OWEN, LLP


                                           By:   _//s//:  Daniel Rockey_____
                                                  Daniel Rockey
                                                  Attorneys for Defendants
                                                  MISSION SAN JOSE AIRPORT, LLC and
                                                  MISSION YOGURT, INC.


## ORDER

Based upon the foregoing, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

A.    All deadlines previously set for completion by October 18, 2011, and November 1, 2011, are continued to November 18, 2011.

B.    The initial case management conference is hereby continued from the currently scheduled date of November 8, 2011, to November 22, 2011, at 1:30 p.m.


DATED: October 31, 2011                    _____

                                           Magistrate Howard R. Lloyd

3

**JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE EXTENSION OF DISCLOSURE DEADLINES AND INITIAL CASE MANAGEMENT CONFERENCE**