**\*\* E-filed December 13, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AREAS USA SJC LLC,<br><br>        Plaintiff,<br>   v.<br><br>MISSION SAN JOSE AIRPORT LLC; and<br>MISSION YOGURT, INC.,<br><br>        Defendants.<br>                                                              / | No. C11-04487 HRL<br><br>**ORDER (1) DENYING AS MOOT PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS AND (2) DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**<br><br>**[Re: Docket No. 22, 23]** |

Plaintiff Areas USA SJC LLC ("Areas") sued Mission San Jose Airport LLC and Mission Yogurt, Inc. (collectively "Mission" or "defendants") alleging breach of a subcontract entered by and between the parties for the development and operation of a concession stand in the Norman J. Mineta San Jose International Airport. Dkt. No. 1 ("Complaint"). Mission answered the complaint and counterclaimed for fraud in the inducement and intentional misrepresentation. Dkt. No. 11 ("Answer"). Areas now moves to dismiss Mission's counterclaims and to strike Mission's affirmative defenses. Dkt. Nos. 22, 23. Rather than filing opposition briefs to the motions, defendants filed an

Amended Answer on December 6, 2011, 21 days after plaintiff filed its motions. Dkt. No. 27.

A party may amend its pleading once as a matter of course within 21 days after service of a motion under Fed. R. Civ. P. 12(b). Fed. R. Civ. P. 15(a)(1)(B). As the Amended Answer was timely filed, it is now the operative responsive pleading by defendants. Therefore, the plaintiff's

1  motions to dismiss and to strike are DENIED as MOOT. The hearing currently set for December 13,
2  2011 is VACATED.
3  **IT IS SO ORDERED.**
4  Dated: December 13, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04487 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Karen Leeann Bohmholdt | bohmholdtk@gtlaw.com |
| Scott Donald Bertzyk | bertzyks@gtlaw.com |
| Denise Michelle Mayo | mayod@gtlaw.com |
| Daniel Thomas Rockey | daniel.rockey@hro.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**