**\*\* E-filed March 12, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AREAS USA SJC, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MISSION SAN JOSE AIRPORT, LLC; ET AL.,<br><br>　　　　　Defendants.<br>_____/ | No. C11-04487 HRL<br><br>**ORDER VACATING MOTION HEARING** |

　　　Plaintiff's pending motions to strike Mission's Second Amended Answer and to dismiss its First Amended Answer and strike portions thereof are deemed suitable for determination without oral argument. The March 13, 2012 hearing is vacated. Civ. L.R. 7-1(b).

　　　**IT IS SO ORDERED.**

Dated: March 12, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  **C11-04487 HRL Notice will be electronically mailed to:**

2  Karin Bohmholdt         bohmholdtk@gtlaw.com
   Scott Bertzyk           bertzyks@gtlaw.com
3  Denise Mayo             mayod@gtlaw.com
   Daniel Rockey           daniel.rockey@hro.com
4  Meryl Macklin           meryl.macklin@bryancave.com

5  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**