GREENBERG TRAURIG, LLP
SCOTT D. BERTZYK (SBN 116449)
DENISE M. MAYO (SBN 275561)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  *BertzykS@gtlaw.com*

GREENBERG TRAURIG, LLP
GERARDO RODRIGUEZ-ALBIZU (Admitted *Pro Hac Vice*)
777 South Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7900
Facsimile:  (561) 655-6222

Attorneys for Plaintiff
AREAS USA SJC, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREAS USA SJC, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MISSION SAN JOSE AIRPORT, LLC, a Colorado limited liability corporation; and MISSION YOGURT, INC., a Colorado corporation,<br><br>　　　　　　Defendants. | CASE NO.  C11-04487 HRL<br><br>**PLAINTIFF AREAS USA SJC, LLC'S PROPOSED FORM OF VERDICT FOR TRIAL**<br><br>Complaint filed: September 9, 2011<br>Trial date:　　　 January 7, 2013 |

PLAINTIFF'S PROPOSED FORM OF VERDICT

In accordance with the Court's Standing Order re: Pretrial Preparation, plaintiff Areas USA SJC, LLC ("Areas") submits this proposed form of verdict for the Court's use at trial. Attached hereto as Exhibit A is Areas' proposed special verdict form.

Dated: December 4, 2012
GREENBERG TRAURIG, LLP

By: /s/ *Denise M. Mayo*
Denise M. Mayo
Attorneys for Plaintiff,
AREAS USA SJC, LLC

# PLAINTIFF AREAS USA SJC, LLC'S PROPOSED FORM OF VERDICT FOR TRIAL

# EXHIBIT A

## PROPOSED SPECIAL VERDICT

It has been stipulated that: (1) Mission San Jose Airport, LLC entered into the Concession Subcontract with plaintiff Areas, and Mission Yogurt, Inc. provided a written guaranty as security for Mission San Jose's performance; (2) Mission has not built out the leased premises; (3) Mission San Jose Airport has not made any of the payments, or posted a letter of credit, as specified in the Subcontract; and (4) Mission Yogurt has not made any payments under its Guaranty. Thus, you need not resolve such issues. Instead, please simply answer the first question below and then proceed to answer such remaining questions as are necessary to comply with the instructions set forth below.

1. Please state the amount of damages to which plaintiff has proven, by a preponderance of the evidence, to which would be entitled if Mission does not prove a defense to performance.

   $ _____

(When you have filled in the blank provided for in Question 1, please proceed to question 2.)

2. Has Mission proven by a preponderance of the evidence that Areas has misrepresented and/or concealed a material fact it had a duty to disclose with respect to the leased premises?

   _____              _____
      No                     Yes

(If you have answered "no" to Question No. 2, then please have the foreperson sign and date this form and notify the bailiff. If you have answered "yes" to Question No. 2, then please proceed to Question No. 3.)

3. Has Mission proven by a preponderance of the evidence that Areas knew of the falsity of its statement and/or knew it was concealing material information it had a duty to disclose?

   _____              _____
      No                     Yes

1

(If you have answered "no" to Question No. 3, then please have the foreperson sign and date this form and notify the bailiff. If you have answered "yes" to Question No. 3, then please proceed to Question No. 4.)

4. Has Mission proven by a preponderance of the evidence that Areas committed the acts described in Question Nos. 2 and 3 with an intent to induce Mission to enter into the Concession Subcontract and Guaranty?

_____        _____
    No              Yes

(If you have answered "no" to Question No. 4, then please have the foreperson sign and date this form and notify the bailiff. If you have answered "yes" to Question No. 4, then please proceed to Question No. 5.)

5. Did Mission justifiably rely upon Areas in entering into the Concession Subcontract and Guaranty?

_____        _____
    No              Yes

(If you have answered "no" to Question No. 5, then please have the foreperson sign and date this form and notify the bailiff. If you have answered "yes" to Question No. 5, then please proceed to Question No. 6.)

6. Has Mission proven by a preponderance of the evidence that it has suffered resulting damage?

_____        _____
    No              Yes

(If you have answered "no" to Question No. 6, then please have the foreperson sign and date this form and notify the bailiff. If you have answered "yes" to Question No. 6, then please proceed to Question No. 7.)

2

7. If, but only if, you have answered "yes" to each of Question Nos. 2-6, then please state the amount of damages Mission has proven, by a preponderance of the evidence.

$ _____

(If your answer is zero, then please have the foreperson sign and date this form and notify the bailiff. Otherwise, after you have filled in the blank provided for in Question 7, please proceed to answer Question Nos. 8 and 9, and then have the foreperson sign and date this form and notify the bailiff.)

8. Has Areas acted with oppression, fraud or malice towards Mission San Jose Airport, LLC?

_____        _____
   No               Yes

9. Has Areas acted with oppression, fraud or malice towards Mission Yogurt, Inc.?

_____        _____
   No               Yes

DATED: _____      _____
                                              FOREPERSON

3

WPB 382,930,136v1

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1840 Century Park East, Suite 1900, Los Angeles CA 90067**.

On December 4, 2012, I served **PLAINTIFF AREAS USA SJC, LLC'S PROPOSED FORM OF VERDICT FOR TRIAL** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Daniel Rockey                                   Attorney for Defendant
Meryl Macklin
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

Tel: (415) 286-1986
Fax: (415) 268-1999

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY U.S. MAIL)**
I served the above-mentioned document by enclosing it in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for colleting and processing correspondence for mailing.

☒ **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/CMF system.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am Employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2012 at Los Angeles, California.

_____
Harpo Sidhu

PROOF OF SERVICE