GREENBERG TRAURIG, LLP
SCOTT D. BERTZYK (SBN 116449)
DENISE M. MAYO (SBN 275561)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800
Email:  *BertzykS@gtlaw.com*

GREENBERG TRAURIG, LLP
GERARDO RODRIGUEZ-ALBIZU (Admitted *Pro Hac Vice*)
777 South Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7900
Facsimile:  (561) 655-6222

Attorneys for Plaintiff
AREAS USA SJC, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREAS USA SJC, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION SAN JOSE AIRPORT, LLC, a Colorado limited liability corporation; and MISSION YOGURT, INC., a Colorado corporation,<br><br>Defendants. | CASE NO.  C11-04487 HRL<br><br>**PLAINTIFF AREAS USA SJC, LLC'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Complaint filed: September 9, 2011<br>Trial date:         January 7, 2013 |

In accordance with the Court's Standing Order re: Pretrial Preparation, plaintiff Areas USA SJC, LLC ("Areas") submits these proposed voir dire questions for the Court's use at trial.

### PROPOSED VOIR DIRE QUESTIONS

1. Have you ever agreed to do something and after doing so wished you hadn't?
2. What was it about the agreement that made you wish you hadn't made it?
3. Did you follow through and do what you had promised to do anyway?
4. How did you feel about the person you had made the promise to?
5. How do you feel about the phrase "a deal is a deal"?
6. Do you believe someone should be able to walk away from a business deal for any reason?
7. For example, if a party has agreed in a contract that the other side has made no representations about a particular subject, do think that part should be able to avoid the contract by claiming later on that representations were made?
8. Do you own rental property?
9. Have you ever had a tenant make up excuses for not honoring what they promised to do?
10. Do you have a mortgage on a home that you now believe is worth less than the mortgage?
11. Do you blame the person you bought your home from?
12. Do you blame the bank holding your mortgage?
13. Are you still making mortgage payments?
14. Do you agree that corporations are entitled to equal treatment as individuals?
15. Do you believe individuals should be treated equally, no matter their race, or religion, or national origin?

Dated:  December 4, 2012          GREENBERG TRAURIG, LLP

                                  By:  /s/ Denise M. Mayo
                                       Denise M. Mayo
                                       Attorneys for Plaintiff,
                                       AREAS USA SJC, LLC

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **1840 Century Park East, Suite 1900, Los Angeles CA 90067**.

On December 4, 2012, I served **PLAINTIFF AREAS USA SJC, LLC'S PROPOSED VOIR DIRE QUESTIONS** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Daniel Rockey                          Attorney for Defendant
Meryl Macklin
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105

Tel: (415) 286-1986
Fax: (415) 268-1999

☐ **(BY FEDERAL EXPRESS)**

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY U.S. MAIL)**

I served the above-mentioned document by enclosing it in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for colleting and processing correspondence for mailing.

☒ **(BY CM/ECF)**

Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/CMF system.

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct, and that I am Employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2012 at Los Angeles, California.

_____
Harpo Sidhu

PROOF OF SERVICE