UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREAS USA SJC, LLC,<br><br>        Plaintiff(s),<br><br>  v.<br><br>MISSION SAN JOSE AIRPORT, LLC,<br>et al.,<br><br>        Defendant(s).<br>_____/ | No. CV11-04487 HRL<br><br>CLERK'S NOTICE SETTING<br>SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference **is hereby set for Wednesday, January 2, 2013 at 10:00 a.m. before United States Magistrate Judge Paul S. Grewal.** Parties are to appear in Courtroom 5, 4th Floor of the United States Courthouse and Federal Building, 280 South First Street, San Jose, California 95113.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE GREWAL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated: December 6, 2012

_____
By: Oscar Rivera
Courtroom Deputy Clerk to
Magistrate Judge Paul S. Grewal