*E-FILED: December 7, 2012*

1  SCOTT D. BERTZYK (SBN 116449)
2  DENISE M. MAYO (SBN 275561)
   GREENBERG TAURIG, LLP
3  1840 Century Park East, Suite 1900
   Los Angeles, California 90067
4  Tel: (310) 586-7700; Fax: (310) 586-7800
   E-mail: BertzykS@gtlaw.com
5
   Attorneys for Plaintiff,
6  AREAS USA SJC, LLC

7  DANIEL T. ROCKEY (SBN 178604)
   BRYAN CAVE LLP
8  560 Mission Street, 25th Floor
   San Francisco, California 94105
9  Tel: (415) 268-2000; Fax: (415) 268-1999
   E-mail: Daniel.Rockey@bryancave.com
10
   Attorneys for Defendants,
11 MISSION SAN JOSE AIRPORT, LLC,
   AND MISSION YOGURT, INC.
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 | AREAS USA SJC, LLC, a California limited | CASE NO. C11-04487 HRL
   | liability company,                       |
17 |                                          |
   |         Plaintiff,                       | JOINT STIPULATION REQUESTING
18 |                                          | PARTIAL RELIEF FROM THE CASE
   | vs.                                      | MANAGEMENT SCHEDULING ORDER,
19 |                                          | AND EXTENDING PARTIES' DEADLINE
   | MISSION SAN JOSE AIRPORT, LLC, a         | TO COMPLETE SETTLEMENT
20 | Colorado limited liability corporation;  | CONFERENCE
   | and MISSION YOGURT, INC., a Colorado     |
21 | corporation,                             |
   |                                          | Magistrate Judge: Hon. Howard Lloyd
22 |         Defendants.                      |
23 |                                          |
24 | and related Counterclaim.                |
   |                                          | Complaint filed: September 9, 2011
25 |                                          | Trial Date:      January 7, 2013

26

27

28

---

JOINT STIPULATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULING
ORDER, AND FOR EXTENSION OF DEADLINE FOR SETTLEMENT CONFERENCE
WPB 382,931,573v1 12-5-12

## STIPULATION

The parties to this action, Plaintiff Areas USA SJC, LLC ("Areas") and Defendants/Counterclaimants Mission San Jose Airport, LLC and Mission Yogurt, Inc. (collectively "Mission"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS the Court's November 29, 2011, Case Management Scheduling Order instructed the parties to arrange a Settlement Conference before Magistrate Judge Grewal in advance of the parties' December 18, 2012, Pretrial Conference in the event that the case had not yet settled;

WHEREAS the parties have continued to discuss the possibility of settlement throughout this litigation, and *today* are in fact meeting in person for at least the third attempt at reaching a resolution before trial;

WHEREAS the parties have not obtained a date with Magistrate Judge Grewal prior to the December 18, 2012, Pretrial Conference, and Magistrate Judge Grewal has no available dates prior to December 18;

WHEREAS the first date that the parties are able to arrange for a Settlement Conference with Magistrate Judge Grewal is January 2, 2013, and the parties have in fact secured that date with Magistrate Judge Grewal's chambers;

THEREFORE, the parties hereby stipulate to this request for partial relief from the Court's Case Management Scheduling Order, and for an extension of the Court's deadline for a mandatory Settlement Conference to January 2, 2013.

The parties jointly apologize to the Court for their oversight.

**IT IS SO STIPULATED.**

Dated: December 6, 2012          GREENBERG TRAURIG, LLP

By: */s/ Scott D. Bertzyk*
    Scott D. Bertzyk
    Attorneys for Plaintiff and Counter-Defendant,
    AREAS USA SJC, LLC

1

| | |
|---|---|
| Dated: December 6, 2012 | BRYAN CAVE, LLP |
| | By:  /s/ Daniel T. Rockey |
| | Daniel T. Rockey |
| | Attorneys for Defendants and Counter-Claimants |
| | MISSION SAN JOSE AIRPORT, LLC and |
| | MISSION YOGURT, INC. |

### ATTESTATION CLAUSE

I, Denise M. Mayo, am the ECF User whose ID and password are being used to file this JOINT STIPULATION REQUESTING PARTIAL RELIEF FROM THE CASE MANAGEMENT SCHEDULING ORDER, AND EXTENDING PARTIES' DEADLINE TO COMPLETE SETTLEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Daniel T. Rockey has concurred in this filing.

| | |
|---|---|
| Date: December 6, 2012 | GREENBERG TRAURIG LLP |
| | By: /s/ Denise M. Mayo |
| | Denise M. Mayo |

2

JOINT STIPULATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULING ORDER, AND FOR EXTENSION OF DEADLINE FOR SETTLEMENT CONFERENCE
WPB 382,931,573v1 12-5-12

## ORDER

Based upon the foregoing, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

The last day for Plaintiff Areas USA SJC, LLC and Defendants/Counterclaimants Mission San Jose Airport, LLC and Mission Yogurt, Inc. to participate in a Settlement Conference, with Magistrate Judge Grewal presiding, shall be extended to January 2, 2013.

DATED: December 7, 2012

_____
Magistrate Judge Howard R. Lloyd

JOINT STIPULATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULING ORDER, AND FOR EXTENSION OF DEADLINE FOR SETTLEMENT CONFERENCE

WPB 382,931,573v1 12-5-12