MERYL MACKLIN (SBN 115053)
DANIEL T. ROCKEY (SBN 178604)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, California  94105
Tel: (415) 268-2000; Fax: (415) 268-1999
E-mail: *Daniel.Rockey@bryancave.com*

**\*E-FILED: December 11, 2012\***

Attorneys for Defendants,
MISSION SAN JOSE AIRPORT, LLC,
AND MISSION YOGURT, INC.

SCOTT D. BERTZYK (SBN 116449)
DENISE M. MAYO (SBN 275561)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Tel: (310) 586-7700; Fax: (310) 586-7800
E-mail: *BertzykS@gtlaw.com*

Attorneys for Plaintiff,
AREAS USA SJC, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREAS USA SJC, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MISSION SAN JOSE AIRPORT, LLC, a Colorado limited liability corporation; and MISSION YOGURT, INC., a Colorado corporation,<br><br>Defendants.<br><br>and related Counterclaim. | CASE NO.  C11-04487 HRL<br><br>**JOINT STIPULATION REQUESTING PARTIAL RELIEF FROM STANDING ORDER RE: PRETRIAL PREPARATION AND ORDER (AS MODIFIED BY THE COURT)**<br><br>Magistrate Judge:   Hon. Howard Lloyd<br><br><br>Complaint filed: September 9, 2011<br>Trial Date:         January 7, 2013 |

HROSAF\82823.2

**JOINT STIPULATION FOR PARTIAL RELIEF FROM STANDING ORDER RE:
PRETRIAL PREPARATION**

**STIPULATION**

The parties to this action, Plaintiff Areas USA SJC, LLC ("Areas") and Defendants/Counterclaimants Mission San Jose Airport, LLC and Mission Yogurt, Inc. (collectively "Mission"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS the Court's Standing Order re: Pretrial Preparation provides that fourteen days prior to the Pretrial Conference the parties shall submit a Joint Pretrial Statement which includes, among other things, a list of all documents and other items to be offered as exhibits at trial, other than solely for impeachment or rebuttal, and that "the parties must have agreed on an allocation of exhibit numbers which will avoid duplicate numbers;"

WHEREAS, the parties agreed upon an allocation of exhibit numbers that preserved existing deposition exhibit numbers (which had been numbered consecutively), and assigned additional number ranges to each side;

WHEREAS, Mission's exhibit list inadvertently failed to list those previously marked deposition exhibits Mission might offer at trial, and simply listed those new exhibits, not previously marked as deposition exhibits, that Mission might offer at trial;

WHEREAS, Mission has requested that Areas stipulate Mission may amend its exhibit list to add these inadvertently omitted exhibits and Areas is willing to so stipulate provided that it be allowed sufficient time to evaluate Mission's amended list and assert appropriate objections to the added exhibits (to which Mission is amenable);

THEREFORE, the parties hereby stipulate that, so long as this Court is amenable, partial relief from the Court's Standing Order re: Pretrial Preparation shall be granted as follows:

1. Mission may submit an Amended Exhibit List on December 10, 2012, identifying those exhibits previously marked as deposition exhibits that were inadvertently omitted from its exhibit list and, as to such exhibits, providing all the additional information required by the Court's Standing Order; and

2. Areas shall have until December 17, 2012, to submit its objections to any of the added exhibits.

3. Except as so agreed, all other aspects of the Court's Standing Order as to exhibits shall remain unchanged.

**IT IS SO STIPULATED.**

Dated: December 10, 2012     BRYAN CAVE, LLP


By: /s/ Daniel T. Rockey
    Daniel T. Rockey
    Attorneys for Defendants and Counter-Claimants
    MISSION SAN JOSE AIRPORT, LLC and
    MISSION YOGURT, INC.


Dated: December 10, 2012     GREENBERG TRAURIG, LLP


By: /s/ Scott D. Bertzyk
    Scott D. Bertzyk
    Attorneys for Plaintiff and Counter-Defendant,
    AREAS USA SJC, LLC

## ATTESTATION CLAUSE

I, Daniel Rockey, am the ECF User whose ID and password are being used to file this JOINT STIPULATION REQUESTING PARTIAL RELIEF FROM STANDING ORDER RE: PRETRIAL PREPARATION. In compliance with General Order 45, X.B., I hereby attest that Scott Bertzyk has concurred in this filing.

Date: December 10, 2012                    BRYAN CAVE LLP

                                           By: /s/ *Daniel T. Rockey*
                                               Daniel T. Rockey

**JOINT STIPULATION FOR PARTIAL RELIEF FROM STANDING ORDER RE: PRETRIAL PREPARATION**

## ORDER

Based upon the foregoing, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. Mission may submit an Amended Exhibit List on December 10, 2012, identifying those exhibits previously marked as deposition exhibits that were inadvertently omitted from Mission's exhibit list and, as to such exhibits, providing all the additional information required by the Court's Standing Order; and

2. Areas shall have until ~~December 17, 2012~~ December 14, 2012, to submit its objections to any of the added exhibits.

3. Except as so ordered, all other aspects of the Court's Standing Order as to exhibits shall remain unchanged.

DATED: December 11, 2012

_____
Magistrate Judge Howard R. Lloyd