Meryl Macklin (CA State Bar No. 115053)
*meryl.macklin@bryancave.com*
Daniel T. Rockey (CA State Bar No. 178604)
*daniel.rockey@bryancave.com*
BRYAN CAVE LLP
560 MISSION Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Defendants:
MISSION SAN JOSE AIRPORT, LLC and MISSION YOGURT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AREAS USA SJC, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>     v.<br><br>MISSION SAN JOSE AIRPORT, LLC, a Colorado limited liability company, and MISSION YOGURT, INC., a Colorado corporation,<br><br>                    Defendants. | CASE NO. CV11-04487 HRL<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS AND VERDICT FORM**<br><br>**PLACE:**   **Courtroom 2**<br>**JUDGE:**   **Hon. Howard R. Lloyd**<br><br>**Complaint Filed:**   September 9, 2011<br>**Trial Date:**           January 7, 2013 |

Defendants' Objections to Plaintiff's Proposed Voir Dire And Verdict Form
AREAS USA SJC, LLC v. MISSION SAN JOSE AIRPORT, LLC, et al.
Case No. CV-11-04487 HRL

82866.2

Defendants Mission San Jose Airport, LLC and Mission Yogurt, Inc. (collectively, "Defendants" or "Mission") set forth herein their objections the voir dire questions and verdict form proposed by Plaintiff Areas USA SJC, LLC ("Areas").  The parties have conferred on these objections.  The below represents those on which there is continued disagreement.

## I.     VOIR DIRE QUESTIONS

Mission objects to Areas' proposed *voir dire* questions 6, 7 and 9, on the grounds that they are argumentative and constitute an improper attempt to "condition" the jury in Areas' favor.  These questions suggest the arguments that Areas intends to make at trial on its behalf and are an improper attempt to condition the jury against Mission's position, which is that either (1) Areas' actions mean that no contract was formed or (2) Areas' actions mean that Mission's refusal to pay rent under the contract was justified.

## II.    VERDICT FORM

Mission objects to Plaintiff Areas USA SJC, LLC's Proposed Form of Verdict for Trial ("Proposed Verdict Form") as follows:

First, Areas' Proposed Verdict Form includes a lengthy preamble, suggesting that Mission has stipulated to liability and that all that remains for decision is damages.  That is not true.  Mission has agreed to certain facts, but has not stipulated to liability.  Further, Mission has substantial defenses both to contract formation and to liability, and Areas' Proposed Verdict Form ignores those defenses.

Second, Areas' Proposed Verdict Form includes a statement of the burden of proof, which Mission believes is unnecessary, as the jury will already have been instructed on the applicable burdens of proof.

Third, Areas has misstated the standard for proving intentional misrepresentation or concealment.  Both can be proved by proving reckless disregard for the truth.  Further, the CACI instructions include reference to "reasonable reliance," not "justifiable reliance," which is what Areas' Proposed Verdict Form includes.  Using different terms in the instructions and the Verdict Form risks confusing the jury.  Also, Mission has stated a form of fraud equating to negligent

1
Defendants' Objections to Plaintiff's Proposed Voir Dire And Verdict Form
AREAS USA SJC, LLC v. MISSION SAN JOSE AIRPORT, LLC, et al.
Case No. CV-11-04487 HRL

82866.2

misrepresentation (under Civil Code Section 1572) and Areas' Proposed Verdict Form omits a description of that claim as well.

Fourth, Mission has moved for leave to add affirmative defenses of unilateral and mutual mistake. If granted, those defenses should be included in the final verdict form.

For all the above reasons, Mission respectfully requests that the Court use the Verdict Form proposed by Mission and not the one proposed by Areas.

### III.   CERTIFICATION

I hereby certify that I have met and conferred with counsel prior to filing these objections in accordance with the Court's Standing Order re: Pretrial Preparation.

Dated:  December 11, 2012              BRYAN CAVE LLP

                                       By:   */s/ Daniel T. Rockey*
                                             Daniel T. Rockey
                                             Attorneys for MISSION SAN JOSE AIRPORT,
                                             LLC and MISSION YOGURT, INC.

2

Defendants' Objections to Plaintiff's Proposed Voir Dire And Verdict Form
AREAS USA SJC, LLC v. MISSION SAN JOSE AIRPORT, LLC, et al.
Case No. CV-11-04487 HRL

82866.2