1  Meryl Macklin (CA State Bar No. 115053)
   *meryl.macklin@bryancave.com*
2  Daniel T. Rockey (CA State Bar No. 178604)
   *daniel.rockey@bryancave.com*
3  BRYAN CAVE LLP
   560 MISSION Street, 25th Floor
4  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
5  Facsimile:    (415) 268-1999
6
7  Attorneys for Defendants:
   MISSION SAN JOSE AIRPORT, LLC and MISSION YOGURT, INC.
8
9                    UNITED STATES DISTRICT COURT
10        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11  AREAS USA SJC, LLC, a California limited        CASE NO. CV11-04487 HRL
    liability company,
12                                                  **MISSION DEFENDANTS' COUNTER
13                      Plaintiff,                  DESIGNATIONS TO PLAINTIFF'S
                                                    DESIGNATED DEPOSITION EXCERPTS
14           v.                                     AND MISSION'S OBJECTIONS TO
                                                    PLAINTIFF'S DESIGNATED DISCOVERY
15  MISSION SAN JOSE AIRPORT, LLC, a                RESPONSES**
    Colorado limited liability company, and
16  MISSION YOGURT, INC., a Colorado               **Complaint Filed:  September 9, 2011
    corporation,                                   Trial Date: January 7,  2013**
17
18                      Defendants.
19
20
21
22
23
24
25
26
27
28

**PRELIMINARY STATEMENT AND OBJECTION**

Plaintiff Areas USA SDJC, LLC ("Areas") submitted highlighted deposition transcripts and submitted a table purportedly listing the portions of the depositions it intended to designate for use at trial.  The two documents are inconsistent in numerous ways, with many of the portions highlighted not appearing anywhere on Areas' table of designations.  Accordingly, Mission has no idea which deposition excerpts Areas actually intended to designate and objects to both its highlighted excerpts and its listed excerpts on that basis.  For purposes of Mission's counter-designations, Mission has used the highlighted excerpts which appear to more complete, but reserves the right to object to excerpts not listed therein.

## I.        DEPOSITION COUNTER-DESIGNATIONS

**Counter Designations to Deposition Testimony**

| Plaintiffs' Designation | Objection | Defendants' Counter Designation |
|---|---|---|
| **Justin Jackson - September 21, 2012** | | |
| 19:8-13 (longer than list) | Completeness | 19:14-20:23 |
| 24:1-2 (not on list) | Completeness | 23:19-25 |
| 27:10-28:18 (longer than list) | Completeness | 28:19-29:8 |
| 60:2-63:5 (longer than list) | Completeness | 63:6-19 |
| 65:12-65:25 | Completeness | 66:1-23 |
| **Stanley Jackson - September 20, 2012** | | |
| 16:17-18 (not on list) | Completeness | 16:6-16, 16:19-17:7 |
| 17:8-24 | Irrelevant Speculation | |
| 18:20-20:9 | Completeness | 18:2-19 |
| 44:5-21 (longer than list) | Relevance; 44:5-14 | |
| 47:7-47:24 | Completeness | 47:1-6 |
| 49:16-50:7 (not on list) | Completeness | 50:8-11 |
| 55:6-23 (longer than list) | Completeness | 54:9-55:5 |
| 56:2-56:12 | Completeness | 56:13-58:8 |
| 58:12-23 (not on list) | Completeness | 58:24-59:6 |

| Plaintiffs' Designation | Objection | Defendants' Counter Designation |
|---|---|---|
| 59:15-60:2 (not on list) | Completeness | 60:4-7 |
| 99:3-100:6 | Completeness | 100:7-14 |
| 114:16-116:25 | Irrelevant, objections withdrawn; 116:1-17 | |
| 145:18-25 (shorter than list) | Hearsay | |
| 161:22-25 (not on list) | Completeness | 162:1 |
| **Jeffry Reddy – August 22, 2012** | | |
| 7:11-9:15 (shorter than list) | Completeness | 9:16-22 |
| **Mark Schafer – August 22,2012** | | |
| 8:2-7 (not on list) | Completeness | 8:8 |
| 22:17-22 (not on list) | Completeness | 20:20-21:16 |
| 25:14-16 (shorter than list) | Completeness | 24:10-25:13 |
| 46:8-14 (shorter than list) | Irrelevant | |
| 50:3-51:6 (longer than list) | Irrelevant | |
| 57:11-24 (not on list) | Completeness | 55:10-57:10 |
| 63:18-63:24 | Completeness | 59:10-63:17 |
| **Roderick Tafoya – August 23, 2012** | | |
| 29:16-24 (not on list) | Completeness | 29:10-15 |
| 38:5-13 (not on list) | Completeness | 38:14-39:22 |
| 41:4-9 (not on list) | Completeness | 41:10-42:10 |
| 56:3-13 (shorter than list) | Completeness | |
| 64:1-65:1 (not on list) | Remove attorney objections | |
| 70:17-25 (not on list) | Completeness | 71:1-15 |
| 76:17-23 | Completeness | 76:24-77:2 |
| 106:14-107:20 | Irrelevant; 107:3-5 | |
| 141:9-17 (longer than list) | Irrelevant | |
| 142:1-143:12 (longer than list) | Irrelevant | |

2

| Plaintiffs' Designation | Objection | Defendants' Counter Designation |
|---|---|---|
| 155:18-25 | Completeness | 155:6-17 |
| 158:18-21 (not on list) | Irrelevant | |
| 161:19-163:4 | Irrelevant | |
| 165:23-166:14 (not on list) | Completeness | 163:23-1664:22, 166:15-19 |

## II.  OBJECTIONS TO PLAINTIFF'S DISCOVERY RESPONSE DESIGNATIONS

### 1.  Defendants' Mission San Jose Airport, LLC and Mission Yogurt, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories, served on March 30, 2012

Mission objects to any attempt by Areas to introduce as evidence Mission's responses to Areas' First Set of Interrogatories Nos. 1-3 other than Mission's Further Amended Responses and Objections, served on September 10, 2012.  Mission amended its responses on September 10, 2010 to conform to the record evidence as established in discovery.  In particular, as Areas' counsel well knows (because he established it at deposition), none of the drawings or depictions that Mission may have seen prior to entering into a contract for TA-21 depicted either the baggage conveyor or the CTX machines below TA-21.  Tafoya had previously thought perhaps one of the drawings depicted the baggage conveyor, but in deposition clearly testified that the diagrams he viewed did not include the baggage system.  Accordingly, Mission amended its responses to correct the record.  Although Areas knows this, it clearly intends to try to use Mission's earlier, superseded responses to advance a set of facts it knows to be untrue and which the evidence does not support.   FRE 401, FRE 403.

### 2.  Mission's Amended Responses and Objections to Plaintiff's First Set of Interrogatories, served on May 29, 2012

Mission objects to any attempt by Areas to introduce as evidence Mission's responses to Areas' First Set of Interrogatories Nos. 1-3 other than Mission's Further Amended Responses and Objections, served on September 10, 2012.  Mission amended its responses on September 10, 2010 to conform to the record evidence as established in discovery.  In particular, as Areas' counsel well

116219.1

knows (because he established it at deposition), none of the drawings or depictions that Mission may have seen prior to entering into a contract for TA-21 depicted either the baggage conveyor or the CTX machines below TA-21.  Tafoya had previously thought perhaps one of the drawings depicted the baggage conveyor, but in deposition clearly testified that the diagrams he viewed did not include the baggage system.  Accordingly, Mission amended its responses to correct the record.  Although Areas knows this, it clearly intends to try to use Mission's earlier, superseded responses to advance a set of facts it knows to be untrue and which the evidence does not support.  FRE 401, FRE 403.

> **3.**     **Mission's Further Amended Responses and Objections to Plaintiff's First Set of Interrogatories, served on September 10, 2012**

Mission has no objection to the use of the Mission's substantive response to Nos. 1-3 but objects to the introduction as evidence Mission's objections to the interrogatory pursuant to FRE 401 and FRE 403.

> **4.**     **Mission's Responses and Objections to Plaintiff's Third Set of Interrogatories, served on June 11, 2012**

Mission objects to the introduction as evidence Mission's objections to the Interrogatory No. 7 pursuant to FRE 401 and FRE 403.

> **5.**     **Mission's Responses and Objections to Plaintiff's First Set of Requests for Production, served on March 30, 2012**

Mission objects to the introduction as evidence Mission's responses and objections requests for documents because they lack any substantive, factual information pursuant to FRE 401 and FRE 403.  Areas clearly intends to try to prejudice the jury against Mission by reciting objections to document requests.  This is obviously improper.

### III.    CERTIFICATION

I hereby certify that I have met and conferred with counsel prior to filing these objections in accordance with the Court's Standing Order re: Pretrial Preparation.


Dated:  December 11, 2012                              BRYAN CAVE LLP


                                                By:   */s/  Daniel T. Rockey*
                                                      Daniel T. Rockey

MISSION DEFENDANTS' COUNTER DESIGNATIONS TO PLAINTIFF'S DESIGNATED DEPOSITION EXCERPTS AND MISSION'S
OBJECTIONS TO PLAINTIFF'S DESIGNATED DISCOVERY RESPONSES
AREAS USA SJC, LLC v. MISSION SAN JOSE AIRPORT, LLC, et al.
Case No. CV-11-04487 HRL

116219.1