*E-FILED: March 21, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AREAS USA SJC, LLC,<br><br>      Plaintiff,<br>  v.<br>MISSION SAN JOSE AIRPORT, LLC; ET AL.,<br><br>      Defendants. | No. C11-04487 HRL<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The court having reviewed the Joint Statement Re Order to Show Cause Re: Settlement filed by the parties, and good cause having been shown to continue the Order to Show Cause hearing, the hearing is continued to **May 7, 2013 at 10:00 am.** All parties shall appear on that date in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **April 30, 2013**. The parties are again reminded to send courtesy copies of all filings to chambers. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: March 21, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04487 HRL Order will be electronically mailed to:**

| | |
|---|---|
| Karin Bohmholdt | bohmholdtk@gtlaw.com |
| Scott Bertzyk | bertzyks@gtlaw.com |
| Denise Mayo | mayod@gtlaw.com |
| Daniel Rockey | daniel.rockey@hro.com |
| Meryl Macklin | meryl.macklin@bryancave.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**