*E-FILED: July 8, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AREAS USA SJC, LLC,<br><br>        Plaintiff,<br>  v.<br><br>MISSION SAN JOSE AIRPORT, LLC; ET AL.,<br><br>        Defendants.<br>_____/ | No. C11-04487 HRL<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT AND IMPOSING SANCTIONS FOR FAILURE TO COMPLY WITH CIVIL LOCAL RULE 5-1(e)(7)** |

      The court having reviewed the Joint Statement Re Order to Show Cause Re: Settlement filed by the parties on July 2, 2013, and good cause having been shown to continue the Order to Show Cause hearing, the hearing is continued to **October 8, 2013 at 10:00 am.** All parties shall appear on that date in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **October 1, 2013**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

      Despite innumerable verbal and written reminders to comply with Civil Local Rule 5-1(e)(7) and provide courtesy copies of all filings to chambers, the parties continue to fail to do so. Both

parties are sanctioned in the amount of $250, payable to the Clerk of the Court, for their repeated failure to follow the Local Rules and respond to numerous orders directing them to do so.

**IT IS SO ORDERED.**

Dated: July 8, 2013



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-04487 HRL Order will be electronically mailed to:**

Daniel Thomas Rockey daniel.rockey@bryancave.com, barryl@bryancave.com, joel.rayala@bryancave.com

Denise Michelle Mayo mayod@gtlaw.com, lalitdock@gtlaw.com, sidhuh@gtlaw.com

Karin Leeann Bohmholdt bohmholdtk@gtlaw.com

Meryl Macklin meryl.macklin@bryancave.com, kelly.gerrish@bryancave.com

Scott Donald Bertzyk bertzyks@gtlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**